# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH HENDERSON,

    Plaintiff

v.

ROBIN MCMASTER PRESLEY, et al.,

    Defendants

Case No.: 2:21-cv-00176-APG-VCF

**Order Remanding Case**

    Plaintiff Kenneth Henderson purported to remove this case from a case he filed in Arizona state court. Removal is improper because Henderson is the plaintiff in the state court case, and only defendants may remove a case from state court to federal court. 28 U.S.C. § 1441(a) (stating that a case "may be removed by the defendant or defendants"). Moreover, removal may must be "to the district court of the United States for the district and division embracing the place where such action is pending." *Id.* The District of Nevada does not embrace the Superior Court of the State of Arizona in Maricopa County.

    I THEREFORE ORDER that the case is remanded to the state court from which it was removed for all further proceedings. The clerk of the court is instructed to close this case.

    DATED this 3rd day of February, 2021.

ANDREW P. GORDON  
UNITED STATES DISTRICT JUDGE